**Deena ESTEBAN, Plaintiff–Appellant,**

v.

**PRINCE WILLIAM COUNTY SCHOOL BOARD, Defen- dant–Appellee.**

No. 00–2480.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 13, 2001.

Richard E. Gardiner, Fairfax, VA, for appellant. Mary McGowan, Siciliano, Ellis, Dyer & Boccarosse, Fairfax, VA, for appellee.

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Deena Esteban appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Esteban v. Prince William County*, No. CA–00–979–A (E.D.Va. filed Oct. 13, 2000; entered Oct. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*